# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHERMAN COUNTY BANK** and **SHERMAN COUNTY MANAGEMENT, INC.,** ) ) ) ) | Case No. 04:08cv03003 |
| Plaintiffs, ) ) | |
| vs. ) ) | **CORPORATE DISCLOSURE STATEMENT** |
| **R. J. O'BRIEN & ASSOCIATES, INC.,** an Illinois Corporation, ) ) ) | |
| Defendant. ) | |

COMES NOW defendant, R. J. O'Brien & Associates, LLC ("RJO") incorrectly sued as R. J. O'Brien & Associates, Inc., by and through its attorneys and states pursuant to Fed.R.Civ.P. Rule 7.1(a) RJO is a subsidiary of RJO Holdings Corp. ("Holdings") and no publicly held corporation holds 10% of the interests in RJO or of the shares in Holdings.

Dated this 21st day of March, 2008.

                            R. J. O'BRIEN & ASSOCIATES, LLC,
                            Defendant

BY:   *s/ Thomas C. Sattler*
        Thomas C. Sattler, #16363
        WOLFE, SNOWDEN, HURD,
         LUERS & AHL, LLP
        Wells Fargo Center
        1248 "O" Street, Suite 800
        Lincoln, NE 68508
        Telephone: (402)474-1507
        Facsimile: (402)474-3170

                *and*

      Vincent J. Connelly, #00501557
      Doressia L. Hutton, #6275168
      MAYER, BROWN LLP
      71 South Wacker Drive
      Chicago, IL 60606
      Telephone:  (312)782-0600
      Facsimile:  (312)701-7711

       *and*

      Marshall E. Hanbury
      MAYER, BROWN LLP
      1909 K Street, N.W.
      Washington, D.C.  20006-1101
      Telephone:  (202)263-3357
      Facsimile:  (202)263-5357

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to the following:

Edward H. Tricker
Bruce A. Smith
WOODS & AITKEN, LLP
301 South 13th Street, Suite 500
Lincoln, NE  68508

      *s/Thomas C. Sattler*
      Thomas C. Sattler, #16363
      Attorney for Defendant
      WOLFE, SNOWDEN, HURD,
       LUERS & AHL, LLP
      Wells Fargo Center
      1248 "O" Street, Suite 800
      Lincoln, NE  68508
      Tel:    (402) 474-1507
      Fax:   (402) 474-3170
      E-mail:  tsattler@wolfesnowden.com