IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERMAN COUNTY BANK and SHERMAN COUNTY MANAGEMENT, INC., | ) ) ) ) | 4:08CV3003 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| R. J. O'BRIEN & ASSOCIATES, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that the parties' joint motion for an enlargement of time (filing 20) is granted, as follows:

1. Plaintiffs shall have until April 29, 2008, to respond to Defendant's motion to dismiss (filing 10).
2. Defendant shall have until May 13, 2008, to reply.

April 8, 2008.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge