IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERMAN COUNTY BANK and<br>SHERMAN COUNTY MANAGEMENT,<br>INC., | )<br>)<br>)<br>) | Case No. 4:08-CV-3003 |
| Plaintiffs, | )<br>) | **ORDER** |
| v. | )<br>) | |
| R. J. O'BRIEN & ASSOCIATES, INC., an<br>Illinois Corporation, | )<br>)<br>) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' Joint Motion for Extension of Time (filing 25) is granted and Defendant shall have until June 12, 2008 to file its Rule 12(b) Motion to Dismiss in response to Plaintiffs' Amended Complaint for Damages (filing 24); Plaintiffs shall until July 3, 2008 to file their brief in opposition to Defendant's Motion to Dismiss; and Defendant shall have until July 14, 2008 to file its reply brief.

Dated: May 22, 2008.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge