IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERMAN COUNTY BANK and SHERMAN COUNTY MANAGEMENT, INC., | ) ) ) ) | 4:08CV3003 |
| | ) | **ORDER** |
| Plaintiffs, | ) | |
| v. | ) ) | |
| R. J. O'BRIEN & ASSOCIATES, INC., | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion for an enlargement of time (filing 33) is granted, as follows:

1. Plaintiffs shall have until July 11, 2008, to respond to Defendant's motion to dismiss (filing 27).
2. Defendant shall have until July 29, 2008, to reply.

June 23, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge