IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERMAN COUNTY BANK and<br>SHERMAN COUNTY MANAGEMENT,<br>INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>R. J. O'BRIEN & ASSOCIATES, INC., an<br>Illinois Corporation,<br><br>　　　　　　　　　Defendant. | Case No. 4:08-CV-3003<br><br>**ORDER** |

　　　IT IS ORDERED that the parties' Joint Motion for Continuance of the Due Date for the Report of Parties' Planning Conference (filing 34) is granted and the due date for the report of parties' planning conference is continued until 14 days after the Court has ruled on Defendant's Motion to Dismiss in the event the Motion to Dismiss is denied.

　　　Dated:  June 23, 2008.

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge