IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERMAN COUNTY BANK and SHERMAN COUNTY MANAGEMENT, INC., | ) ) ) ) | 4:08CV3003 |
| | ) | **ORDER** |
| Plaintiffs, | ) | |
| v. | ) ) | |
| R.J. O'BRIEN & ASSOCIATES, INC., | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's unopposed motion for an enlargement of time (filing 38) is granted, as follows:

Defendant shall have until August 12, 2008, to file a reply brief regarding its motion to dismiss (filing 27).

July 29, 2008.                                BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge