IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERMAN COUNTY BANK and SHERMAN COUNTY MANAGEMENT, INC., | ) ) ) | 4:08CV3003 |
| | ) | **ORDER** |
| Plaintiffs, | ) | |
| v. | ) ) | |
| R. J. O'BRIEN & ASSOCIATES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion for an enlargement of time (filing 45) is granted, and the court's order of September 15, 2008 (filing 44), is modified to provide that the parties shall have until November 1, 2008, to file a joint stipulation for dismissal.

October 16, 2008.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge